UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YRIS MILAGROS TRANCOSO OBIJO, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 11-10472-JLT |
| | * |
| MICHAEL J. ASTRUE, Commissioner of | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

ORDER

June 11, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the May 7, 2012 Report and Recommendation [#25] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Plaintiff's Motion to Remand or Reverse the Decision of the Commissioner of the Social Security Administration [#18] is DENIED, and Defendant's Motion to Affirm the Commissioner's Decision [#23] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　／s Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge